[No. 57714-0-I. Division One. May 21, 2007.]

GLORIA URETA, *Appellant*, v. ROTHSCHILD CONSTRUCTION, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-39332-1, Richard A. Jones, J., entered February 3, 2006. *Reversed* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Grosse, JJ.

[No. 57846-4-I. Division One. May 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP D. RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04422-1, Richard A. Jones, J., entered March 8, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57851-1-I. Division One. May 21, 2007.]

LEANN LAFLEY ET AL., *Appellants*, v. SEADRUNAR RECYCLING, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-37552-7, Steven G. Scott, J., entered November 14, 2004. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Ellington and Dwyer, JJ.

[No. 58458-8-I. Division One. May 21, 2007.]

STONEBRIDGE SECURITIES, LLC, ET AL., *Appellants*, v. MICHAEL W. DEVINE ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 05-2-29419-1, Douglas D. McBroom, J., entered June 1 and 12, 2006. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Cox, J.